THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
LOUIS LEVIN, Appellant.

*People* v. *Levin*, 119 App. Div. 233, affirmed.
(Argued January 12, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May
25, 1907, which affirmed a judgment of the Court of General
Sessions of the Peace in the county of New York, rendered
upon a verdict convicting the defendant of the crime of grand
larceny in the second degree.

*Henry M. Goldfogle* for appellant.

*William Travers Jerome, District Attorney (Robert C.
Taylor* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

JAMES L. BRUFF, Appellant, *v.* ANNA DUNFEE et al., as
Executors of JOHN DUNFEE, Deceased, Respondents.

*Bruff* v. *Dunfee*, 121 App. Div. 894, affirmed.
(Argued January 12, 1909; decided January 26, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
September 18, 1907, affirming a judgment in favor of defend-
ants entered upon a verdict and an order denying a motion
for a new trial in an action to recover money alleged to have
been deposited by the plaintiff with the defendants' testator.

*Jacob M. Grossman* and *Frank C. Sargent* for appellant.

*John W. Hogan* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.